1  Mildred K. O'Linn, Esq., State Bar No. 159055
   Christy L. O'Donnell, Esq., State Bar No. 229602
2  **MANNING & MARDER**
   **KASS, ELLROD, RAMIREZ LLP**
3  15th Floor at 801 Tower
   801 S. Figueroa Street
4  Los Angeles, CA 90017
   Telephone: (213) 624-6900
5  Facsimile (213) 624-6999
   Email: mko@mmker.com, clo@mmker.com
6
7  Attorneys for Defendants, COUNTY OF LOS ANGELES
   DAVE SAREN and PITT GILMORE

8           UNITED STATES DISTRICT COURT
9           CENTRAL DISTRICT OF CALIFORNIA
10

11 DOUGLAS S. FULLER, an individual,    ) Case No.:
12                                       ) CV07-03501 RGK (RCx)
                Plaintiff,               )
13                                       ) [Honorable R. Gary Klausner]
   vs.                                   )
14 ─────────────────────────────────     ) [PROPOSED] JUDGMENT
   COUNTY OF LOS ANGELES; COUNTY         ) BY COURT
15 OF LOS ANGELES FIRE DEPARTMENT;       )
   DAVE SAREN, an individual; PITT       )
16 GILMORE, an individual and DOES 1     )
   THROUGH 50,                           )
17                                       )
                Defendants.              )
18 ─────────────────────────────────     )
19

20       On January 24, 2008, Defendants COUNTY OF ANGELES (erroneously sued
21 as COUNTY OF LOS ANGELES FIRE DEPARTMENT), DAVE SAREN and PITT
22 GILMORE filed a motion to dismiss plaintiff's First Amended Complaint pursuant to
23 Federal Rules of Civil Procedure Rule 12(b)(1) and (6).
24       On March 27, 2008, the Court issued a written order granting the Motion to
25 Dismiss as to the first and second federal claims. The Court declined to exercise its
26 jurisdiction over plaintiff's remaining state claims. The Court dismissed the federal
27 claims, and remanded the remainder of the action (plaintiff's third through sixth state
28 claims) to state court for all further proceedings.

1  IT IS ORDERED, ADJUDGED AND DECREED that judgment on the federal
2  claims is entered in favor of Defendants COUNTY OF ANGELES (erroneously sued
3  as COUNTY OF LOS ANGELES FIRE DEPARTMENT), DAVE SAREN and PITT
4  GILMORE. Plaintiff shall recover nothing from Defendants on the federal claims. Defendants shall recover
5  reasonable costs.

6
7  DATED: JUN 17 2008 , 2008      _____
8                                  R. GARY KLAUSNER
                                   UNITED STATES DISTRICT JUDGE